612

389 A.2d 683

Commonwealth v. Peiffer, Appellant.

Submitted December 6, 1977. Joel M. Breitstein, for appellant; Thomas S. Long, Assistant District Attorney, and George E. Christianson, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 683

Commonwealth v. Powell, Appellant.

Submitted June 13, 1977. Harry S. Tischler, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Stephen S. Seeling, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.